MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL CA. Bar No. 230138
Regional Chief Counsel, Region IX
Social Security Administration
BEN A. PORTER, WA. Bar No. 14195
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8979
    Facsimile: (415) 744-0134
    E-Mail: Ben.Porter@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| GEORGIANNE MARIA VILLANUEVA,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:18-cv-02071-KJN<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their counsel of record, that the time for Defendant to file her Answer be extended by one (1) day from November 29, 2018, to November 30, 2018. This is Defendant's first request for an extension of time. Defendant respectfully requests this additional time because of a calendaring error on the part of Defendant's counsel.

    The parties further stipulate that the Court's scheduling Order be modified accordingly.

| | | |
|---|---|---|
| Dated: November 30, 2018 | /s/ *Langley Ellen Kreuze* | |
| | (*as authorized via e-mail on November 30, 2018) | |
| | LANGLEY ELLEN KREUZ | |
| | Attorney for Plaintiff | |

Dated: November 30, 2018    Respectfully submitted,

                                    MCGREGOR W. SCOTT
                                    United States Attorney
                                    DEBORAH LEE STACHEL
                                    Regional Chief Counsel, Region IX
                                    Social Security Administration

                       By:   /s/ *Ben A. Porter*
                                BEN A PORTER
                                Special Assistant U.S. Attorney
                                Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED.

Dated: December 5, 2018

                                              KENDALL J. NEWMAN
                                              UNITED STATES MAGISTRATE JUDGE