CERNEY KREUZE & LOTT, LLP
Langley Kreuze, SBN: 254769
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

*Attorney for Plaintiff*
GEORGIANNE MARIE VILLANUEVA

SOCIAL SECURITY ADMINISRATION
Gina Tomaselli
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, CA 94105

McGregor W. Scott
United States Attorney
Deborah Lee Stachel
Regional Chief Counsel, Region IX
Social Security Administration

*Attorneys for Defendant*
COMMISSIONER OF SOCIAL SECURITY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO BRANCH**

| | |
|---|---|
| GEORGIANNE MARIE VILLANUEVA, | Case No.: 2:18-cv-02071-KJN |
| Plaintiff, | |
| vs. | **JOINT STIPULATION AND ORDER FOR DISMISSAL** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant | |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the dismissal of this action including all claims and counterclaims stated herein against all parties, with each party to bear its own attorneys' fees and costs.

Dated: March 22, 2019　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　 */s/ Langley Kreuze*
　　　　　　　　　　　　　　　　　　　　(as authorized on 3/21/19)
　　　　　　　　　　　　　　　　　　　　CERNEY KREUZE & LOTT, LLP
　　　　　　　　　　　　　　　　　　　　42 N. Sutter Street, Suite 400
　　　　　　　　　　　　　　　　　　　　Stockton, CA 95202
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated: March 22, 2019　　　　　　　　　　*/s/ Gina Tomaselli*
　　　　　　　　　　　　　　　　　　　　(as authorized via email on 3/21/19)
　　　　　　　　　　　　　　　　　　　　SOCIAL SECURITY ADMINISRATION
　　　　　　　　　　　　　　　　　　　　160 Spear Street, Suite 800
　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94105

　　　　　　　　　　　　　　　　　　　　McGregor W. Scott
　　　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　　Deborah Lee Stachel
　　　　　　　　　　　　　　　　　　　　Regional Chief Counsel, Region IX
　　　　　　　　　　　　　　　　　　　　Social Security Administration

　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　COMMISSIONER OF SOCIAL SECURITY

## **ORDER**

Pursuant to the stipulation of the parties for dismissal, the request is hereby approved.

The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed.

Dated: March 22, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE